# EXHIBIT A

# HOCKING COLLEGE
## NON-BARGAINING STAFF PERFORMANCE REVIEW FORM

Name: MATTHEW KMOSKO   E# 728445

Evaluation Period
From 6-29-2021
Through 12-26-2021

Job Title: Student Center Coordinator   Department: STUDENT AFFAIRS

Supervisor: Kevin Cox

**Instructions:** Evaluate the employee on the job now being performed. Check (X) the box above the descriptions which most nearly express your overall judgment on each quality. Comments, including recommendations for improvement, MUST accompany each category. The care and accuracy with which this appraisal is made will determine its value to you, the employee, and the college.

*Consider the employee's performance since the last appraisal and show by a circle whether he/she has improved, remained consistent, or regressed in each of the qualities listed to the left.*

| Knowledge of Work | Outstanding | Exceeds Expectations | Meets Expectations | Does not meet Expectations | Far below Expectations | |
|---|---|---|---|---|---|---|
| Consider knowledge of job gained through experience, general education and specialized training. | (Well informed on all phases of work.) | (Well rounded job knowledge. Infrequently requires assistance.) | (Adequate grasp of essentials. Some assistance required.) | **X** (Requires considerable assistance.) | (Inadequate knowledge. Requires improvement to retain.) | Has Improved / Maintains Consistency / Has Regressed |

COMMENTS: MATT Rarely asks questions on how we've done business @ the S.C. in the Past. Does his own thing.

| Quantity of Work | Outstanding | Exceeds Expectations | Meets Expectations | Does not meet Expectations | Far below Expectations | |
|---|---|---|---|---|---|---|
| Consider the volume of work produced under normal conditions regardless of errors. | (Rapid worker. Produces exceptionally high volume.) | (Above average volume.) | **X** (Average volume.) | (Volume below average.) | (Inadequate volume. Requires improvement to retain.) | Has Improved / Maintains Consistency / Has Regressed |

COMMENTS: When MATT decides he wants to work, he can get it done.

| Quality of Work | Outstanding | Exceeds Expectations | Meets Expectations | Does not meet Expectations | Far below Expectations | |
|---|---|---|---|---|---|---|
| Consider neatness, accuracy, and dependability of results regardless of volume. | (Exceptional quality. Practically no mistakes.) | (Above average quality. Infrequent errors or rejections.) | (Acceptable, seldom necessary to check work.) | (Often unacceptable, frequent errors or rejections.) | **X** (Excessive errors or rejections. Requires improvement to retain.) | Has Improved / Maintains Consistency / Has Regressed |

COMMENTS: MATT has been asked over + over to complete the S.C. inventory over the last 6 months. Still incomplete. MATT rarely finishes projects assigned, and complains about assignment until Cary And/or I just do it ourselves.

# HOCKING COLLEGE – NON-BARGAINING STAFF PERFORMANCE REVIEW FORM

| Initiative | Outstanding | Exceeds Expectations | Meets Expectations | Does not meet Expectations | Far below Expectations | |
|---|---|---|---|---|---|---|
| Consider contribution of new ideas and methods. Self-starter. Works independently toward approved goals. | (Consistently and aggressively works toward approved goals.) | (Frequently sets and works toward approved goals.) | (Initiates activity within normal routine.) | X (Seldom initiates activity during normal routine.) | (Needs frequent direction. Requires improvement to retain.) | Has Improved<br><br>Maintains Consistency<br><br>Has Regressed |

COMMENTS: MATT LIKES TO DELEGATE ALL HIS ASSIGNMENTS TO STUDENT WORKERS. DID NOT TAKE POOL COURSE.

| Dependability/ Responsibility | Outstanding | Exceeds Expectations | Meets Expectations | Does not meet Expectations | Far below Expectations | |
|---|---|---|---|---|---|---|
| Consider the degree to which he/she can be relied upon to carry out duties. | (Consistently fulfills all job responsibilities and duties. Totally reliable.) | (Can be depended upon to get the job done with little or no follow up. Very reliable.) | (Assumes all responsibilities specifically assigned. Reliable.) | (Accepts some responsibilities, but must be reminded.) | X (Fails to accept responsibility even when specifically assigned. Requires improvement to retain.) | Has Improved<br><br>Maintains Consistency<br><br>Has Regressed |

COMMENTS: MATT DISAPPEARED DURING GRADUATION SET UP 12/10 AND IMMEDIATELY AFTER GRAD 12/11. MISSED NUMEROUS ASSIGNMENTS + OPPORTUNITIES

| Quality of Interpersonal Relationships | Outstanding | Exceeds Expectations | Meets Expectations | Does not meet Expectations | Far below Expectations | |
|---|---|---|---|---|---|---|
| Consider the degree to which employee interacts and works harmoniously with the public, co-workers, faculty, students, and staff. | (Use of exceptional tact and diplomacy. Cooperation and promotion of teamwork.) | (Cooperates well with others. Frequently promotes teamwork and harmony.) | (Adequate skills at promoting teamwork and harmony.) | (Has difficulty interacting with people.) | X (Frequent conflicts with others. Requires improvement to retain.) | Has Improved<br><br>Maintains Consistency<br><br>Has Regressed |

COMMENTS: MATT CONTINUES TO CALL, TEXT + EMAIL STAFF MEMBERS OVER + OVER AGAIN DURING NON-WORKING HOURS. WENT TO HR. KEEPS CALLING COACHES COMPLAINING ABOUT NO HELP.

| Attendance | Outstanding | Exceeds Expectations | Meets Expectations | Does not meet Expectations | Far below Expectations | |
|---|---|---|---|---|---|---|
| Consider appropriate request and use of leave. | (Consistently regular in attendance. Adjusts schedule to work needs.) | (Regular in attendance. Frequently considers work load when requesting leave.) | (Generally present. Usually considers work load when requesting leave.) | (Frequent absences. Impacts job performance.) | X (Excessive absences. Requires improvement to retain.) | Has Improved<br><br>Maintains Consistency<br><br>Has Regressed |

COMMENTS: MATT HAS NOT WORKED HIS NORMAL WORK HOURS AND WAS NOTED LEAVING WORK OUTSIDE OF SCHEDULED HOURS. DID NOT WORK 8AM – 1PM SCHEDULED WORK HOURS ON SAT + SUNDAYS FOR 12 WEEKS (3 MONTHS) REPORTED TO HR + CARY C.

Reviewed: 2017

Page 2 of 4

## HOCKING COLLEGE – NON-BARGAINING STAFF PERFORMANCE REVIEW FORM

| Punctuality<br>Consider prompt attendance with regards to employee's responsibilities. | Outstanding (Consistently prompt.) | Exceeds Expectations (Regularly prompt.) | Meets Expectations (Infrequently tardy.) | **X**<br>Does not meet Expectations (Frequent tardiness. Impacts job performance.) | Far below Expectations (Excessive tardiness. Requires improvement to retain.) | Has Improved<br><br>Maintains Consistency<br><br>Has Regressed |
|---|---|---|---|---|---|---|

COMMENTS: MATT HAS BEEN TARDY + LEFT WORK EARLY NUMEROUS TIMES. REPORTED TO H.R. + CARY C.

(To be completed for individuals with Team Leader responsibilities.)

| Leadership Abilities<br>Consider leadership ability. | Outstanding (Exceptional ability to lead and team build.) | Exceeds Expectations (Exhibits good leadership skills.) | Meets Expectations (Adequate leadership abilities.) | Does not meet Expectations (Has difficulty leading others.) | **X**<br>Far below Expectations (Inadequate ability to lead. Requires improvement to maintain current leadership responsibilities.) | Has Improved<br><br>Maintains Consistency<br><br>Has Regressed |
|---|---|---|---|---|---|---|

COMMENTS:

### Progress Towards Goals and Developmental Objectives for this review period

| Goal/Objective | Results/Accomplishments |
|---|---|
| To better understand day to day operations of the Student Ctr. | Matt cannot complete a project that I did not have to come behind and complete it myself or with our team. |

### Developmental Objectives

*Improvement opportunities and action plans for upcoming year.*

MATT NEED SOME DEVELOPMENTAL AND LEADERSHIP / ONGOING TRAINING. MATT WOULD BENEFIT WITH CUSTOMER SERVICE TRAINING

### Departmental Goals

List specific departmental objectives to be achieved in the next year.

Quality of Work - Complete all assignment as assigned / timely manner
Responsibility - Take responsibility with assignments and don't reassign to student workers.
Interpersonal Relationships - Better understand how to treat others in person, text and emails.
Attendance - Work to better assist the team and be present for all events. Calling out sick on large event days.

Reviewed: 2017

Page 3 of 4

# HOCKING COLLEGE – NON-BARGAINING STAFF PERFORMANCE REVIEW FORM

A. What is your overall evaluation of employee?

Outstanding____ Exceeds expectations____ Meets expectations____ Does not meet expectations __X__

Far below expectations_____

I have been employee's supervisor for __0__ years and __6__ months.

B. **EMPLOYEE COMMENTS:** ☐ I agree with the above evaluation and comments.

☐ I disagree with the above evaluation/comments for the following reasons:

Use additional paper if necessary.

*(Employee must respond within 72 hours)*

C. Comments by Associate/Assistant Vice President/Dean/Director:

D. Comments by Human Resources:

**SIGNATURES**

Signature of Employee _____ Date _____

Signature of Immediate Supervisor __[signature]_____ Date _12-14-2021_

Reviewed By Human Resources:_____ Date _____

Employees:

Matt Kmoskos (SC Coordinator)

Start Date: 6/29/2021

- Tuesday July 6, 2021 – Matt was telling me that he talked to the new Lifeguard ▉. I asked Matt to ask about her availability and Matt replied, "▉, she's my MAIN SQUEEZE. She'll do anything for me."
- Wed July 7, 2021 – Dr. Young called Matt to her office, upon his return approx. 1040am, I was sitting at the front desk. Matt entered the SC approached the front desk and threw some papers on the desk and stated, "I guess I'm your Bitch now." He exited the SC and got on his phone.
- Tuesday July 13, 2021 – During the Student Affairs Team Meetings Introductions, Matt introduced himself as, "Hi, I' Matt Kmosko and I'm Kevin's Slave." This put me in a very uncomfortable situation with our team. 3 people made comments about how unprofessional his intro was.

### Coaching Session:

- Thursday July 15, 2021 @ 3:15pm Matt became very aggravated and raising his voice in front of student workers about communication and some other concerns. I then asked Matt to come into the office and I asked Matt to never raise his voice and get aggravated in front of other employees that it was very un-professional. Matt then lost his composer and began rambling everything that I'm doing wrong and that people have told him not to trust Kevin Cox. I tried several times to calm him to no end. I left and stated, "Please do not let this happen again." I exited the office.

### Verbal Warning:

- Sunday July 25, 2021 – Matt called because I was wanting to know where the Lifeguard was and that she was late again. He went on to tell me that ▉ was off today due to working 14 straight days. She agreed to these hours due to the Kids on Campus camp Mon – Fri the last 2 weeks. I explained that the Student Center, Pool nor the Range can be closed w/o prior approvals. Matt was very argumentative and hung the phone up on me. I then text Matt back and asked him to never hang-up on me again that it is not very professional.
- Thursday August 5, 2021 – At 7:15pm I escorted 17 football players and a Trainer over to the Student Center to use the 10 computers for a Concussion test. As I was walking over from John Light I noticed that Mat's red car was not outside the student center nor at the driving range. As I entered the Student Center I asked the Lifeguard ▉ where Matt was. ▉ stated, "He said that he had to run down to the driving range for a few minutes." I waited until 7:45pm to text Matt to find out about his whereabouts. Matt called me back at 7:50pm and stated that his dog got sick (which was here at work with him) and the he took the dog home. I explained that the SC could not be left un-attended and that he was

supposed to be here until 8:00pm. Matt then stated, "I don't like the way you asked me (text) where I was." I told Matt again that he was supposed to be here until 8:00pm. Matt's reply, "I come in there all the time in the evenings and on the weekends, I cannot believe you're questioning me." I then ended the phone conversation and said we will need to talk about this tomorrow. Matt did not come back into the building to securely close up the facility. After I returned home at 8:15pm I see where Matt left me a voice mail stating that he was going home to get his dog at 5:52pm.

Matt was asked to work from 11am to 8pm Mon-Fri this week because our student employee that usually closes went home for a week. Matt's normal hour are Mon-Fri from 10am to 7pm.

- Friday Aug 6, 2021 – I received an email at 1219am from Matt & Paycor requesting today off. Matts statement. "

Hello Kevin,

Matthew Kmosko requested 8 hours of (Pers NBP) on August 06, 2021.

Additional comments below from Matthew:
"Ankle swollen from rollin it at golf range helping student on uneven ground @ 725pm 8/5 Im doing R.I.C.E to keep swelling down. Do not want to aggravate further with all the running around we do. Just a bit painful now & giving heads up."
  - Mat was not at the Driving Range between 7:11pm and 7:50pm on Aug 5, 2021. I was outside and even drove over to the Range while the student worker was picking up balls. Matt was off campus.
  - At on Aug 6, 2021 @ 7:58am I received an email from Matt stating, "I believe I did proper steps w paycor to let you know my ankle is still killing/swollen from rolling it at range @725pm yesterday."

- Thursday Aug 12, 2021 – at 5:00am the entire student center was left completely unlocked including the Pool. I have coached Matt in the past to always lock the entire building down before leaving for the night. Matt's reply is always, "Betty told me the Police were supposed to lock it at closing time." I again explained that the Police are very busy and that they may be on calls at 8pm and that we MUST secure before leaving for the night.

- Saturday Aug. 14, 2021 at 7:30am, I unlocked the Student Center to find that the Pool was left unsecured again, this is a major breech in the security and safety of the SC & pool.

- Saturday August 14, 2021 at 10:40am, Matt K. declined a calendar invite for today. Matt has known about this invite. By Matt declining this invite, the boarding of the shuttles did not go smoothly and the Student Center was not prepared for the evening events. Matt went on out to Lake Snowden.

- Monday August 16, 2021 at 11:05am, I handed Matt a list of 5 things to work on & complete during his shift at the S.C. Matt folded the paper and laid it on the front desk. During the day while I was at work, Mat did not work on any of the lest that he was given earlier in the day. I left work at 4:00pm for football meetings. After practice I returned to the S.C. at 7:15pm to find Matt sitting behind the front desk and watching videos on the computer.

- Tuesday August 17, 2021 at 5:00am, I returned to work at the S.C. to find none of the list I gave Matt on Monday was completed. There were 21 tables from the cookouts still on a trailer outside the pool area, the black curtains and poles from Graduation were still up, the drink coolers (7) of them still had cool-aid / and Gatorade/water were all still piled up in the hallway. Additionally, the weight room and the locker room was a complete mess with water bottles and trash on the floors.

    - I tried to address this with Mat at 11:15am when he came and asked Caden and I what we were doing. I told Matt that we were doing the list that he was supposed to do yesterday. Matt began to argue and stating that I don't know what he's doing when I'm not here. I simply replied, "It sure wasn't what I asked you to do." Matt began saying that the Multi-Plex took him all day to breakdown. (this is an hour job with 2 people) He had a few basketball players helping.
    - Matt cannot be talked to about anything and knows it all. He is not approachable about his job duties and seems to just want to socialize.

Employees: Matt Kmoskos (SC Coordinator)

Start Date: 6/29/2021

- August 30, 2021 – Refused to take the Certified Pool Operator Course and called the owner to reschedule the course. Matt was directed by me, Kevin Cox to take the course. He simply refused.
  ○

Matt Kmosko <kmoskom@hocking.edu>   Mon, Aug30, 10:31 AM

to me

I spoke with owner/facilitator (Zack) of Pool & Spa where we are getting our CPO certification at 810am this morning.   He assured me(w email) that there is no charge and September 28 2012 is 100% acceptable and recommended if needed.

Due to packets delivered to me, start off school kickoff and gaps I'm filling wasn't sufficient time. ▓▓▓ totally understands and gave me options that we agreed on.

- Sept. 19, 2021- I came into the Student Center at 10:30am to find that Mat K. was not there working his assigned scheduled hours. Wed – Fri 11am to 8pm & Sat – Sun 8am to 5pm.
  ○ Matt had not been working Saturday's & Sunday's for the past 5 weeks from 8am to 1pm. He only worked 1pm to 5pm.
- Sept 29, 2021 – Mat was given 5 assignments to have completed and had the Community Service students complete his task. These assignments were not for students to complete.
- October 3, 2021 – Matt did not show up to work. Cary C. called Matt to find out where he was and he said that he had worked all night. Matt was previously warned about working his assigned schedule and not to veer off of it without prior approvals.
- November 8, 2021 – Matt came to me complaining that Cary C. asked him to clean out the Chair/Stage room, the speaker room and to clean up the Volleyball equipment. Matt told me, "I'm not doing it." Again, refusing to complete assignments from supervisors.
- December 5, 2021 – Matt was asked to get the banners, Christmas decorations and candy over to the Nelsonville Christmas Parade at 5pm on Dec 6. Matt DID NOT complete this assignment Cary C. and I asked him to complete.
- December 10, 2021 – During Graduation set up, Matt disappeared and would not assist. Matt received te invitation from ▓▓▓▓▓ and checked YES that he would be there. Per. ▓▓▓▓▓.
- December 11, 2021 – Cary C. got 5 student workers approved to work extra hours to break down graduation per Matts request. On Saturday, Matt heard the Men's Basketball game was cancelled so he cancelled the break down, even after I told him NO, that we needed to break it down since we had students and Graduation committee staff there to help. He called the students and cancelled anyway. Once Graduation was over, Matt disappeared. The Graduation committee, ▓▓▓▓▓, ▓▓▓▓▓, ▓▓▓▓ and ▓▓▓▓ were straightening up and cleaning, but no Matt.
- December 12, 2021 – ▓▓▓▓ called me at 12:00pm stating that Matt had called and texted him 10 times (▓▓▓▓ was not working nor scheduled to work until 1:00pm) he threated ▓▓▓▓ and became belligerent towards ▓▓▓▓ and threatened to have the Police come escort him out of his work area.

- December 12, 2021 – Matt Submitted a Sick Leave Request for Monday Dec 12, 2021 when he was supposed to break down the Graduation. His reasoning-Notes: "53 ft container, hr move, students and staff gone, strip main gym, help grad committee build, assist 2 graduations Saturday. Ty 4 understanding being solo al week"
- December 12, 2021 – Matt called and Texted Coach Miley numerous times on a Sunday. Miley came in on Monday Dec 13 and asked if Cary C. and I could get Matt to stop blowing up his phone complaining and stating that he has no help at the S.C. He wanted the Basketball team to break down the Graduation before they practiced. Cary C. was made aware of this.
- December 13, 2021 – Student Worker Marissa said hello, "Matt is blowing up my phone and has called eight times this morning. I then notified Cary C. that a student, once again has complained about Matt calling & texting when he's not here and or on the weekends.
- December 14, 2021 – I sent Matt & Cary an invite for Matt's six-month Performance Review at 2:00pm. Matt saw me in John Light and said, "I'm working for Mr. Daubenmire today and this week, I will not be at the 2:00pm meeting." I stated, you probably should notify your supervisors.
- Matt has over and over again REFUSED to meet with me for weekly meetings.
- Matt refused to meet with Elizabeth Dennis and Cary C.
- Now, Matt refused to meet with Cary and I for his Performance Review. 12.14.2021
    - Matt came into the Student at 1:55pm but could not make it to his scheduled meeting.
- December 14, 2021 – Student worker Jessica Hughes just notified me that Matt K. has told her and other workers to leave early and to clock out later. Jessica just told me that she does not feel comfortable working in here with him anymore. Jessica also showed me a group chat (text) that Matt sent out telling them all to not listen to Kevin anymore that I'm being moved because I hurt people?



Kevin Cox
Director