# EXHIBIT B

Caden Cox was born with Down Syndrome, he has been in great programs to assist him in learning work skills and work ethics. He has had a variety of work opportunities. Caden was awarded the highest honor in the State of Virginia ... Youth of the YEAR 2020 – Virginia Division of Career Development and Transition. I am sharing below some of the fantastic individuals that Caden was honored to work with. (Please feel free to contact any of them in regards to Caden's work ethics and experience.)

Caden Cox Work References:

Virginia Department of Education

Family Engagement Specialist

Special Project Coordinator

Seaborne95@gmail.com

757-641-8864

Ft. Eustis, Yorktown Virginia

Newport News/Williamsburg Airport, Virginia

Project Search Job Coach

Cindy Brown

757-7390391

"I'm Determined" Region Coordinators

James Madison University

Intellectual Disabilities

Daniel Biegun, Ed.D.

757-451-3029 dbiegun@odu.edu

Assistive Technology

Ynez Peterson

757-451-3031 ypeterso@odu.edu

William &amp; Mary Summer Internship

Joseph Isley

Lead Teacher, Next Move @ William &amp; Mary

William &amp; Mary, School of Education

https://education.wm.edu/centers/next-move/index.php

Food Service Coordinators

Michael Bush

William &amp; Mary University

Commons Operations Manager

Send email

(757) 221-1021


Jennifer Nicholas

William &amp; Mary University

Commons Food Service Manager

Send email

(757) 221-2128

William &amp; Mary Library Supervisor

Katherine McKenzie

Coordinator of ILL and Research Librarian

William &amp; Mary Library

Bonnie Shaw

Cataloging Assistant

Content Services, Cataloging and Metadata

Email

757-221-1679


That being said, Caden follows direction and learns by example. Caden is presently working at the Hocking College Student Center, as he has since shortly after he began attending the College in January 2021. Caden has had 2 previous supervisors at the Hocking Student Center. Nate Perez and Barry Carter. As far as I know there were never any incidents, write-ups for Caden's work at the HC Student Center/Driving Range.

He has recently been under new supervision of Matt Kmosko (since Barry's departure). In the short time Caden has been supervised by Matt, Caden has been belittled, spoken to inappropriately, and has not been given guidance or instruction as to what is expected of him on the job. Individuals have approached me with concerns of the way Caden is being treated. Not only by Matt but recently Caden's Co-workers are now also treating him differently, dismissing him rudely and speaking condescending to him. (This was brought to my attention by adult

supervisors who were on campus with the "Youth on Campus" program, that observed this treatment,) I have personally seen Caden getting in trouble for things that he is supposedly doing while the other employees are doing the same and nothing is said to them. (Such as being late, and long breaks)

Matt has taken Caden's phone and looked at it, which I believe is inappropriate. From my work experience we are not to take/touch student's personal property like that and look through it. It was heard by another HC employee that Matt told Caden to hug him like he does his Dad … this is highly inappropriate. 2 days before this incident being observed, Matt asked Caden to give him a hug, which Caden did not knowing that it was inappropriate to do so.

Matt made a comment that Caden is "limited to what he can do". (Really, since when?) Just like any employee, Caden has his strengths and weaknesses. This may be the case if Caden isn't given specific instructions and shown what job is to be done. Caden is capable of doing most of the jobs at the HC Student Center with direction. He at times has been the only employee present working at the SC and at the driving range (this would tell me that he is capable). Caden has had multiply responsibilities and jobs at previous places of employment and preformed them with not any problems. I strongly feel that Matt is prejudging Caden and his abilities, all he sees is Caden's disabilities.

This is a side note; I want to share … I personally heard Matt use the word "retarded", which from what I understand in today's society – this is NOT acceptable to use in any context. All of this being said I feel Caden is being discriminated against for his disability by Matt Kmosko.

Caden loves working at the Student Center and is very capable, I do not feel he should be removed from his duties at this job site.

\* The ADA prohibits discrimination in all employment practices, including job application procedures, hiring, firing, advancement, compensation, training, and other terms, conditions and privileges of employment.

Mari Cox