# EXHIBIT C

Caden has worked hard to be a great employee. He loves to work and please others, especially his Supervisors. Through his High School years, he received valuable work experience and did an outstanding job, so much so that he received the State of Virginia award - "Virginia Youth of the Year - Career Development and Transition".

He was excited to come to Hocking College for academics to earn his Associates but dually excited to be able to work as a Student Employee, especially at the Student Center. He has worked there the whole year that he has been enrolled at Hocking College, making him the longest standing employee at the Student Center to date. He had a great Supervisor in both Nate and Barry before they left Hocking. Unfortunately, I cannot say that about his present Supervisor - Matt Kmosko. I shared my concerns in a written complaint to HR at the end of summer, beginning of Autumn semester.

I let Caden continue to work at the Student Center because Caden loves working there and I knew there were individuals looking out after Caden even though Matt was his said Supervisor.

As a Parent with good conscience, I cannot let him continue to work at the Student Center if Matt Kmosko is his "supervisor".

Caden's place of employment is as a student employee at an Educational Institution, so I would think for his future career, his place of employment on campus should be as educational for him as his classroom environment is. Caden has learned to have good work ethics and deserves to have a supervisor he can look up to and continue to learn from at his place of employment on Campus. Matt Kmosko is not such a supervisor.

Matt Kmosko has been heard using inappropriate words, one being the word "retarded" (I, myself heard him use this word), which is especially offense to my family. Also, has put his hands on Caden (which is inappropriate to touch a student/employee) and taken his phone from him ... just to name a few things.

My understanding is that Carey Campbell said Caden could work under his supervision at the Student Center, so I am following through to see if this is the case.

I look forward to your response to this matter,


--
Mari Cox, LMT
Program Manager Massage Therapy

Allied Health Hocking College


7407536373

coxm38811@hocking.edu

www.hocking.edu/massage-therapy

3301 Hocking Pkwy, Nelsonville, OH 45764

facebook
twitter
linkedin
instagram
Apply Now

**Kimberle Coy**
Jan 13, 2022, 8:45 AM
to me, Cary, Kevin

Hello everyone,
Caden has been moved under the supervision of Cary Campbell.
Kim

--
Kimberle A. Coy, MBA
Director of Student Employment and Special Populations

Human Resources Hocking College

Preferred Pronouns: She, Her, Hers

740-753-7040

coyk@hocking.edu

hocking.edu/housing

3301 Hocking Pkwy, Nelsonville, Ohio 45764

facebook
twitter
linkedin
instagram

Apply Now

**Cary Campbell**
Jan 13, 2022, 9:16 AM
to Kimberle, Kevin, me

Mari

Thank you for your note. Kim and I met shortly after your request and I will be his supervisor. I appreciate your concern and will work hard to make his employment a positive experience within a positive environment. I as well as the student body abd athletic department enjoy working with Caden and he has much to offer Hocking College. Please come to me with any concerns now and in the future I am excited to have Caden as part of the Student Center team. Kim thank you for what you do with student workers and helping to guide this process.

Cary
--

Cary C. Campbell
Director of Athletics