# EXHIBIT D

*Autumn 2022*
# Commencement
Saturday, December 10, 2022



Awards are selected from nominations made by faculty, staff, students and administrators. The recipients are then selected by the graduation committee made up of faculty and staff from throughout the college.

Student Employment Award- Presented to a student who has gone above and beyond the call of duty in a position of student employment, to show extraordinary commitment to the job and provide outstanding service.

Presented to
Heaven Motylinski

Inspirational Award- This award will be presented to a graduating student who has shown courage, dedication and perseverance to overcome challenges to earn a Hocking College degree.

Presented to
Caden Cox

Scholar Athlete Award - This award is presented to a graduating student who maintained a cumulative GPA of 3.0 and has also shown outstanding leadership as an athlete and student at Hocking College.

Presented to
Kansei Matsuzawa

Student Life Award - Presented to a graduating student who has exemplified dedication and commitment to improving the quality of student life for all members of the Hocking College campus community.

Presented to
Joseph Clark

# Student Awards

Awards are selected from nominations made by faculty, staff, students and administrators. The recipients are then selected by the graduation committee made up of faculty and staff from throughout the college.

Veteran of the Year Award - Presented to an active member or veteran graduating student who has shown leadership, guidance and exemplary service through educating, mentoring and providing assistance to the veteran community at Hocking College.

Presented to

Melissa Molden

Hocking College Trustee Award - This award is presented to one student from the President's list. As such, they've already exemplified superior scholastic achievement, leadership, fellowship and service. The graduate selected for the Trustee Award shows outstanding achievement in these categories. They truly embody the spirit of what it means to be a Hocking College Hawk.

Presented to

Noah Bunting

President's List - Students demonstrating leadership, service and superior scholastic performance are selected annually for the President's List. Requirements to be considered for a President's List Award include a cumulative grade point average of 3.5 or above; demonstrated and documented leadership at Hocking College; and specific service to the college, department, program, fellow students or the community.

Presented to

Ethan Yorke

Caden Cox

Noah Bunting

Tyler Polly