# EXHIBIT E



HOCKING COLLEGE

# GRADUATION
# PROGRAM

# DIGITAL
# COPY

DECEMBER 10, 2022 · 10:00 AM



HOCKING
COLLEGE

*Autumn 2022*
# Commencement
## Saturday, December 10, 2022



HOCKING
COLLEGE

## Hocking College Mission

**We serve as a pathway to prosperity, teaching and inspiring all who seek to learn, growing careers and changing lives.**



# Autumn 2022 Commencement

**Procession**

**National Anthem***

**Welcome**
Dr. Betty Young
President of Hocking College

**Hocking College Singers**

**Keynote**
Cynthia Brunty

**Student Speaker**
Tyler Polly

**Presentation of Special Awards**
Jeff Daubenmire
Executive Vice President

**Presentation of Graduates**
Jacqueline Hagerott
Vice President

**Awarding of Diplomas**
Deans

**Closing Remarks**
Dr. Betty Young

*Please stand

# *Hocking College Administration*



**Dr. Betty Young**
President



**Jeff Daubenmire**
Executive Vice
President, Chief of Staff



**Hannah Guada**
Vice President, Student
Affairs / Chief Diversity
& Inclusion Officer



**Jacqueline Hagerott**
Vice President,
Academic Affairs &
Workforce Development

# Hocking College Administration



## Hocking College Cabinet

The Hocking College Cabinet, pictured from left to right:

Top: Joe Deer, Chief Information Officer; Jeff Daubenmire, Executive
Vice President, Chief of Staff; Mark Fuller, Executive Director Finance,
Treasurer; Dr. Shah Hasan, Executive Director Strategic Initiatives

Bottom: Jacqueline Hagerott, Vice President Academic Affairs &
Workforce Development; Dr. Betty Young, President; Hannah Guada,
Vice President Student Affairs / Chief Diversity & Inclusion Officer

# *Board of Trustees*



**Ben Mitchell**
Chair



**Mike Brooks**
Vice Chair



**Jeanette Addington**
Trustee



**Gerry Bird**
Trustee



**Stuart Brooks**
Trustee



**Mike Budzik**
Trustee



**Mark Dean**
Trustee



**Leon Forte'**
Trustee

# *Hocking College History*

Hocking College has a rich history with its roots tied to the community and region.

The Hocking College Mission: We serve as a pathway to prosperity, teaching and inspiring all who seek to learn, growing careers and changing lives.

Known initially as Tri-County Institute (TCI), the institution opened in Autumn 1968. In 1969, TCI received a charter to grant degrees in 13 technical programs and, in 1970, held its first commencement ceremony with 117 graduates. At the time, it was the largest graduating class from any technical institute in the state's history.

In the 1970s, Tri-County Institute changed its name to Hocking Technical College (HTC) and saw dramatic increases in enrollment. The college also moved to Hocking Parkway and opened Hocking Heights, becoming the only two-year school in Ohio to have residence halls.

Throughout the 1980s, HTC continued to grow. As buildings and programs expanded, HTC became renowned for its Natural Resources, Nursing, Public Safety, and Culinary and Hospitality programs. During the 1990s, Hocking Technical College became known as Hocking College. A satellite campus was opened in Perry County, and the college acquired Lake Snowden, a live learning lab for Natural Resources Programs.

The Logan Energy Institute at Hocking College opened in 2009 in a new platinum lead certified building featuring alternative energy. From 2000 to the present, Hocking College has continued to be an economic driver for the region, preparing students for the workforce and transferring to four-year schools. The college looks back on its more than 50 years with gratitude and excitement for the future.



*This photo from the Hocking College archives shows the first Hocking College graduating class in 1970.*

# *Speakers*

## Keynote Speaker

### Cynthia Brunty

Cynthia Brunty is a Hocking College Alumni, earned her Bachelor of Science in Applied Management from Ohio University and is currently in the Master of Social Work Program at Ohio University. She is Administrative Assistant to the CEO of Integrated Services for Behavioral Health as well as doing her internship at Mary Hill Youth and Family Center, a behavioral health residential facility for youth ages ten to seventeen years of age. Cynthia would like to continue her work with youth and families once she has completed her MSW. A lifelong resident of the area she is active in the community as a 4H advisor. She has four children and eight grandchildren and a menagerie of furry friends that keep her busy when she is not working. She is also implementing an Animal Assisted Therapy program and center at MHYFC.

## Student Speaker

### Tyler J. Polly

Tyler Polly is currently a student at Hocking College, studying Business Management & Entrepreneurship. In his hometown Landover, Maryland he owns Polly Polished LLC, where they offer detailing services. During his time at Hocking College, he has been very versatile, joining the Football team, Student Activities Advisory Board and Trio. He was also involved in the Trio Peer Mentoring program. Polly will be graduating in this Autumn 2022 Commencement ceremony.

# *Live Musical Performances*

## Hocking College Singers

The Hocking College Singers will be performing:

The Star-Spangled Banner - arr. by Bultman
*and*
Humble & Kind by Tim McGraw - arr. by Ed Lojeski

## The Singers are comprised of:

Jacob Antolik
Faline Bailey
Kirsten Brotherwood
Ethan Driggs
Madison Holbrook
Mikayla Lodwick
Maison Rader
Isaiah Smith
Gwyneth Tripp
Noah Wise

# School of Allied Health and Nursing

Dr. Tamara Moyer
*Dean, School of Allied Health and Nursing*

Doris Wilderman
*Associate Dean, School of Allied Health and Nursing*

Dr. Sam Coppoletti
Tasha Thomas
Baylee Barrera
Mari Cox
Cindy Dunkle
Kimberly Ephlin
Janelle Gaddis
Terry Hill
Emily Hoffman
Michelle Holdren
Karelle Hopkins
Misti Malfe
Lynne Morgan
Crystal Dawn Shingler

# School of General Studies, Arts & Sciences and Academic Success

Erin Bowald
*Dean, General Studies, Arts & Sciences*

Emily Davis
*Associate Dean, Arts & Sciences*

Cynthia Bauers
Dr. Getachew Boru
Dianne Fleming
Casanova Green
Awni Mikhail

# *School of Natural Resources and Public Safety*

Rob Weiler
*Interim Dean, School of Natural Resources and Public Safety*

Deborah Arnold
*Office Manager, School of Natural Resources*

Andrew Bennett
Ronald Cass
Cindy Conner
Robert Cornwell
Roger Deardorff
James Downs
Homer Elliott
Sayre Flannagan
Travis Fullerton
Dr. Lucia Grossman
Dr. James Harding
Dale Hatfield
Michael Kessler
Daniel Kneier
Timothy Kucerovy
Curtis Martin
Paul McConnell
Melissa Molden
Patrick O'Connell
Patrick Quackenbush
Grant Scholten
Dr. David Swanson
Dr. Valorie Titus
Adrienne Vanmatre
Eric Wilt

# *School of Workforce Development*

Adam Fowler
*Dean, Workforce Development*

Rachel Jacobs
*Associate Dean, Business*
Amanda Lemke
*Associate Dean, Workforce Development*

Mark Abdella
Will Alder
Baqer Aljabr
Kelly Barron-Holcomb
Corey Clary
Ann Cunningham
Mike Daniels
Adam Fowler
Jessica Handa
Christopher Hedges
Eric Hedin
Robert Hill
Scott Lindstrom
Carrie Love
John McClung
Amie Pottmeyer
Roy Sawvel
Vincenzo Sclama
Touria Semingson
Angela Straw
Grant Waugh
Coral Wedel
Scott Winland
Jennifer Yanity

# *Student Awards*

Awards are selected from nominations made by faculty, staff, students and administrators. The recipients are then selected by the graduation committee, which is made up of faculty and staff from throughout the college.

**Student Employment Award-** Presented to a student who has gone above and beyond the call of duty in a position of student employment, to show extraordinary commitment to the job and provide outstanding service.

*Presented to*
**Heaven Motylinski**

**Inspirational Award-** This award will be presented to a graduating student who has shown courage, dedication and perseverance to overcome challenges to earn a Hocking College degree.

*Presented to*
**Caden Cox**

**Scholar Athlete Award -** This award is presented to a graduating student who maintained a cumulative GPA of 3.0 and has also shown outstanding leadership as an athlete and student at Hocking College.

*Presented to*
**Caden Cox**
*and*
**Kansei Matsuzawa**

**Student Life Award -** Presented to a graduating student who has exemplified dedication and commitment to improving the quality of student life for all members of the Hocking College campus community.

*Presented to*
**Joseph Clark**

# *Student Awards*

Awards are selected from nominations made by faculty, staff, students and administrators. The recipients are then selected by the graduation committee, which is made up of faculty and staff from throughout the college.

**Veteran of the Year Award -** Presented to an active member or veteran graduating student who has shown leadership, guidance and exemplary service through educating, mentoring and providing assistance to the veteran community at Hocking College.

*Presented to*
**Melissa Molden**

**Hocking College Trustee Award -** This award is presented to one student from the President's list. As such, they've already exemplified superior scholastic achievement, leadership, fellowship and service. The graduate selected for the Trustee Award shows outstanding achievement in these categories. They truly embody the spirit of what it means to be a Hocking College Hawk.

*Presented to*
**Caden Cox**

**President's List -** Students demonstrating leadership, service and superior scholastic performance are selected annually for the President's List. Requirements to be considered for a President's List Award include a cumulative grade point average of 3.5 or above; demonstrated and documented leadership at Hocking College; and specific service to the college, department, program, fellow students or the community.

*Presented to*
**Ethan Yorke**
*and*
**Caden Cox**

# *Honors Designations*

## Students Graduating with Honors
### (Symbol: ∞)

Any graduate with an overall grade point average (GPA) of 3.5 or greater receives a gold honor cord to acknowledge exemplary work and outstanding academic achievements.

## Phi Theta Kappa
### (Symbol: ¥)

Phi Theta Kappa is the International Honor Society of two-year colleges. Students must achieve a 3.5 cumulative grade point average for official membership. Phi Theta Kappans may choose to wear their gold honor stoles during commencement. Officers may wear their officer medals.

## Honored Veterans
### (Symbol: †)

Graduates who have been honorably discharged from military service and those currently serving as members in a branch of the United States Armed Forces are honored for their service through the red, while, and blue honor cords. Hocking College recognizes the personal sacrificeds they have made in the service of our great nation as well as the perseverance they have shown in the successful completon of their program of study.

## Student-Athlete
### (Symbol: ◊)

Student-athletes balance an academic schedule while training, traveling, and competing in athletics, developing their skills in leadership, teamwork, discipline, pride, and commitment to accomplishment. These students are honored with blue and white cords for their dedication.

# Autumn Graduates

This program is not an official graduation list. While every effort is made to ensure accuracy in this commencement program, printing deadlines sometimes prevent inclusion of the names of graduates or may result in the printing of names of persons not completing graduation requirements. This printed program should not be used to determine a student's academic status.

# School of Allied Health and Nursing

Graduating with Honors ∞    Phi Theta Kappa ¥    Honored Veterans †    Student-Athlete ◊

**Dental Hygiene**
Macyn Elise Asher-Lacey ∞
Abbie Nicole Brennan
Madison Lee Cooper
Summer Mae Hartman ¥
Makalah Elizabeth Hashman-Miller
Nevaeh Marie Lashley ∞
Gretchen Elise McIntire
Makayla Sue Mihalich ∞ ¥
Cassidy Nicole Myers
Savanah May Richesson ∞
Amanda Anne Ruyf ∞
Brianna Shyenne Saltz ∞
Deanna Jean Shockey ∞
Alexis Katherine Shriner
Amy Lee Talbert ∞
Katherine Michelle Trigg ∞
Lauren Nicole Tumblin ∞
Morgan Wood ∞

**Massage Therapy**
Shannon Rae Love
Kymberly Kaye Williams

**Massage Therapy Certificate**
Mallory Ann Davis ∞
Misti Dawn Malfe ∞
Robert Andrew Marcum

**Nursing**
Claudia Lynn Clifford
Michelle Lynn Jacobs
Tara Lea Joseph
Alexis Lynn Mohler ∞
Tricia Lea Nix
Kerestan Kayleen North
Carin Ann Poore
Alexander Price
Ailen Malinis Richards
Katie Mariah Roark ∞
Dominique Michelle Shea ∞
Alexis Ayanna Willis
Carlie N Wotring

# School of Arts, Business & Science

Graduating with Honors ∞    Phi Theta Kappa ¥    Honored Veterans †    Student-Athlete ◊

**Associate of Arts**
Jamiel Tyson Randle ◊

**Associate of Individualized Study**
Jamiar Tate ∞ ◊

**Associate of Science**
George Wyatt Joseph

**Associate of Technical Study**
Caden Jerome Cox ∞ ◊ ¥

**Accounting & Financial Services**
George Loya III ◊

**Business Management & Entrepreneurship**
Davon Demetrius Andebrhan ◊
Noah Thomas Bunting ∞
Tyriek Derell Crutchfield ◊
Olivia Fox ∞ ¥
Alexander Maximus Gartman ∞
David Craig Hight Jr
Natalie Marie Wiseman ∞
Elizabeth Lee Matheny
Tyler Polly ◊

**Cyber Security & Network Systems**
Ethan Cole Snyder ∞

**Early Childhood Education**
Kamie Danielle Meier ∞ ¥
Whitney J Walls ∞

**Film & Video Production**
Alexis Starr Pariseau

**Music Management**
Nicholas Eric Lutz

**Real Estate Certificate**
Tyriek Derell Crutchfield ◊
Elizabeth Lee Matheny
Sara D Michael
Levi Christopher Parsons ∞
Myles Taylor ∞ ¥

# School of Natural Resources & Public Safety

Graduating with Honors ∞　　Phi Theta Kappa ¥　　Honored Veterans †　　Student-Athlete ◊

**Agroecology**
Brittney Marie Casey
Shannon Olivia Klemens
Elise Lauren-Ann Whited ∞

**Animal Assisted Therapy - Major in Canine**
Jamie Christine Feyes
Hailey Jean Richards

**Criminal Justice - Major in Law Enforcement**
Elizabeth Jean Bales ¥
Andrew Clark Bradley
Jennifer Davenport ∞ ¥
Lorena Mae Waits
Alexis Dawn Howland ¥
Anthony Dean Kovach ∞ †
Jason Edward Paynter ∞
Hamid Sharif
Dylan Michael Wogerman

**Equine Health & Complementary Therapies**
Rosemarie Catalena-Rae Schaner ¥
Misty Nicole Skeen

**Fire & Emergency Services**
Melissa Louise Molden †

**Forest Management**
Cade Ashton L'Huillier

**Laboratory Sciences - Major in Cannabis Laboratory**
Gia Leanne Gross ∞
Richard Pendlebury

**Natural Resources Law Enforcement**
Bailey Anne Cole
Ryan Joseph Cooper ∞
Robert Wayne Harder
Carl James Ketron
Augusta Kilbarger
Massimo Joseph Lunardi
Heaven Lee-Star Motylinski ∞ ¥

**Parks & Museum Education**
Cameron Alexander Manz ∞
Ethan James Yorke ∞

**Wildlife Resources Management**
Kyle Artis
Rebecca Ilean Canaday
Elaina Marie Chase
Noah David Cline
Emily Christine Donato
Jesse James Foley
Payton Nicolas Harner
Daria Elizabeth High
Taylor Renee Jarvis
Rayna Jade Roberts
Christopher David Snyder ∞
Kasandra Sue Wallace

# School of Workforce Development

Graduating with Honors ∞    Phi Theta Kappa ¥    Honored Veterans †    Student-Athlete ◊

**Advanced Welding Certificate**
Tabitha Isabel Adams ∞
Landon Bradford Atha ∞
Simon Herbert Bee ∞
Peter Ford ∞
Braylen Chad Hider
Cole Allen Rapp

**Automotive Technology**
Tabitha May Monroe

**Heavy Equipment Management**
Gavin Ray Buck ∞
Joseph Robert Clark
Elizabeth Leeanne Cook ∞ ¥
Kyle Horner †
Nathan Richard Hreha
Justin Derald Imhoff
Justin Joseph Charles Polk ∞ † ¥
Cade Edward Roberts

**Heavy Equipment Operator Certificate**
Brian Lee Good

**Water & Wastewater Management**
Jason Werts





**Educational Buildings**
1 John Light Hall
2 Oakley Hall
5 Student Center
6 Shaw Lab
7 Davidson Hall
8 Public Safety Services
12 Visual Arts Center
13 Natural Resources
14 Horse Barn
14a Farrier Sciences
16 The Lodge/McClenaghan Training Center

17 Fleet Garage
20 Washington Hall

**Residence Halls**
3 Hocking Heights
21 Summit Residence Hall**
22 Sycamore Residence Hall*
27 Downhour Hall
28 North Hall
34 Opportunity House

**Other**
9 Burn Tower

10 Robins Crossing
10a Robins Crossing Shelter House
15 Outfitters
19 Law Enforcement Range
20 Rhapsody Restaurant
23 Hawks Spirit Store
24 Campus Police
25 Nature Center
30 Grooming & Dog Kennel

If you would like to purchase a photo of your special graduate, please contact Graduation Foto.

www.graduationfoto.com

