# EXHIBIT F

# Fwd: Policy 2.08

zanecaden49@gmail.com | TUE JAN 10 3:57 PM | 2 min read | 1

Urgent ...

Kevin and I, along with our supervisors, received this email today. Caden has not been anywhere on campus since break that ZANE has not been. We feel this is discrimination as they reported only Caden and called him a child. Secondly, HR has told us we have to use personal time to attend court that we are Subpoenaed to ... the Court we are having to go to is because of their negligence.

It seems daily now we are being called out on something.

---------- Forwarded message ---------
From: **Kevin Cox** <coxk28967@hocking.edu>
Date: Tue, Jan 10, 2023 at 3:35 PM
Subject: Fwd: Policy 2.08
To: Zane Cox <zanecox94@gmail.com>, Kickin' it with Caden Cox <zanecaden49@gmail.com>, Kevin Cox (OH) <zanecaden19@gmail.com>

**Kevin Cox; M.S.**

Director - Student Athletic Center
*Director of Football Operations - Assistant Coach*
Student Affairs | Hocking College
Title IX Investigator | D.E.I. Trained
Mental Health First Aid Instructor

740-753-6540
coxk28967@hocking.edu
www.Hocking.edu
John Light Hall 194, 3301 Hocking Pkwy, Nelsonville, C

---------- Forwarded message ---------
From: **Chrystal Marcum** <marcumc41223@hocking.edu>
Date: Tue, Jan 10, 2023 at 3:20 PM
Subject: Policy 2.08
To: Kevin Cox <coxk28967@hocking.edu>
Cc: Terry Koons <koonst@hocking.edu>

Good afternoon,

5/10/23, 9:50 AM
Case: 2:23-cv-01598-EAS-KAJ Doc #: 1-6 Filed: 05/11/23 Page: 3 of 3  PAGEID #: 86
Fwd: Policy 2.08

The Human Resources Department has received a few reports regarding Caden visiting offices and interrupting the workday since our return from Winter Break. Attached is the Children on Campus policy. Please review and should you have any questions, feel free to contact me.

Thank you.

**Chrystal Marcum**

Director of Human Resources
Human Resources Department
Hocking College

(740) 753-6449

marcumc41223@hocking.edu

www.hocking.edu

3301 Hocking Pkwy, Nelsonville OH 45764





**1 Attachment**

Policy_2.08 Children ….docx

about:blank

2/2