IN THE U.S. DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
COLUMBUS, OHIO

| | |
|---|---|
| **CADEN COX,** | : |
| Plaintiff, | : |
| | : Case No. 2:23-cv-1598 |
| v. | : |
| | : Judge Edmund A. Sargus, Jr. |
| **HOCKING COLLEGE BOARD OF TRUSTEES,** *et al.*, | : |
| | : Magistrate Judge Jolson |
| Defendants. | : |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF CADEN COX**

Pursuant to Local Rule 83.4(b) for the United States District Court, Southern District of Ohio, Mark Weiker hereby notifies the Court of his substitution as counsel in place of co-counsel of record, Amy Solaro for Plaintiff Caden Cox. Local Rule 83.4(b) states that "No attorney of record may withdraw, nor may any other attorney file an appearance as a substitute for an attorney of record without first: (i) providing written notice to the client, to all counsel including the withdrawing attorney and any unrepresented parties, and (ii) obtaining leave of Court. However, attorneys from the same firm or governmental agency may file and serve a notice of appearance or substitution for an attorney of record without obtaining leave of Court."

Here, Mark Weiker and Jessica Moore, the substituting attorneys are also counsel of record for Plaintiff and part of the same legal firm as Amy Solaro. Plaintiff has been provided written notice of and has acknowledged and consented to the substitution.

All other attorneys of record representing Plaintiff Caden Cox will remain as counsel. Mark Weiker and Jessica Moore will continue to serve as counsel of record for Plaintiff.

Respectfully submitted,

<u>*s/ Mark A. Weiker, Trial Attorney*</u>
Mark A. Weiker (0086413)
<u>*s/ Amy Solaro*</u>
Amy Solaro, Esq. (0100707)
Abdnour Weiker, L.L.P
262 South 3rd Street
Columbus, Ohio 43215
T: (614) 745-2001
F: (614) 417-5081
E: mark@awlawohio.com
E: amy@awlawohio.com
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

The foregoing *Notice of Substitution of Counsel for Plaintiff Caden Cox* will be served upon the parties and counsel via the Court's ECF system

*s/ Mark Weiker*
Mark A. Weiker (0086413)
*Counsel for Plaintiff*