IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| 2:19-cv-0849 | 2:23-cv-1027 | 2:23-cv-2099 |
| 2:20-cv-0901 | 2:23-cv-1037 | 2:23-cv-2110 |
| 2:22-cv-1872 | 2:23-cv-1068 | 2:23-cv-2199 |
| 2:22-cv-2074 | 2:23-cv-1156 | 2:23-cv-2234 |
| 2:22-cv-2287 | 2:23-cv-1508 | 2:23-cv-2238 |
| 2:22-cv-2503 | 2:23-cv-1536 | 2:23-cv-2719 |
| 2:22-cv-2707 | 2:23-cv-1580 | 2:23-cv-3083 |
| 2:22-cv-3143 | 2:23-cv-1598 | 2:23-cv-3296 |
| 2:22-cv-3518 | 2:23-cv-1648 | 2:23-cv-3576 |
| 2:22-cv-3940 | 2:23-cv-1758 | |
| 2:23-cv-0016 | 2:23-cv-1781 | |
| 2:23-cv-0446 | 2:23-cv-1817 | |
| 2:23-cv-0563 | 2:23-cv-1822 | |
| 2:23-cv-0727 | 2:23-cv-1872 | |
| 2:23-cv-0794 | 2:23-cv-1980 | |
| 2:23-cv-0917 | 2:23-cv-2059 | |

## **NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **March 2024**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on February 1, 2024** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio