UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Caden Cox, | : | |
| Plaintiff, | : | Case No.  2:23-cv-1598 |
| vs | : | Judge Sargus |
| Hocking College Board of Trustees, et al., | : | Magistrate Judge Jolson |
| Defendants. | | |

### ENTRY OF DEFAULT

It appears that the Defendant, Matthew Kmosko, is in default, having failed to plead or otherwise defend in this cause as required by law; Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against this Defendant on this 15th day of February 2024.

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio

By: /s/Eduardo Rivera
Eduardo Rivera, Deputy Clerk