IN THE U.S. DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CADEN COX, by and through his next friend and mother, MARI COX** | : | |
| | : | |
| Plaintiff, | : | **JUDGE EDMUND A. SARGUS** |
| | : | **MAGISTRATE JUDGE JOLSON** |
| v. | : | **CASE NO.: 2:23-cv-1598** |
| | : | |
| **HOCKING COLLEGE BOARD OF TRUSTEES, et al.;** | : | |
| | : | |
| Defendants. | : | |

## STIPULATED DISMISSAL WITH PREJUDICE

Now comes Plaintiff Caden Cox, by and through his next friend, Mari Cox ("Plaintiff"), and Defendants Hocking College Board of Trustees and Dr. Betty Young, and hereby jointly stipulate pursuant to F.R.C.P. 41 (a)(1)(A)(ii) that all claims brought by Plaintiff against Defendants Hocking College Board of Trustees and Dr. Betty Young (Counts I-VIII), and all claims brought by Plaintiff against Defendant Matthew Kmosko in his official capacity as an employee of Hocking College (Counts I-VII), be dismissed with prejudice. Claims brought by Plaintiff against Matthew Kmosko in his individual capacity (Counts VIII and IX) shall remain. Each party to bear its own costs.

_____

So stipulated:

*/s/ Mark A. Weiker, Esq.*
Mark A. Weiker (0086413)
Jessica N. Moore (0101098)
ABDNOUR WEIKER, LLP
262 S. 3rd Street
Columbus, Ohio 43215
P: (614) 745-2001
F: (614) 417-5081
E: mark@education-rights.com
E: jessica@education-rights.com
*Counsel for Plaintiff Caden Cox*


DAVE YOST (0056290)
Ohio Attorney General

*/s/ Mia Meucci Yaniko*
MIA MEUCCI YANIKO (0083822)
KAITLYN M. KACHMARIK (0095993)
Asst. Attorneys General, Education Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Telephone: (614) 644-7250
Facsimile: (614) 644-7634
Mia.Yaniko@OhioAGO.gov
Kaitlyn.Kachmarik@OhioAGO.gov
*Counsel for Hocking College Board of Trustees and Betty Young*

2

## **CERTFICATE OF SERVICE**

      The undersigned hereby certifies that on April 19 2024, copies of the foregoing Stipulated Order of Dismissal with Prejudice were filed electronically and notice of this filing will be sent to all parties by operation of the Court's ECF system, except that a copy of the foregoing will be sent to the following by ordinary U.S. mail on the same date:

Matthew Kmosko
110 W. Washington Street, Apt. 104
Nelsonville, OH 45764
*Last known address of Defendant*

                                                  */s/ Mark A. Weiker, Esq.*
                                                  Mark A. Weiker (0086413)